443 A.2d 400

Thomas v. Cooper, Appellant.

Argued January 11, 1982. Leo C. Harper, Jr., for appellant; Patricia G. Miller, for appellee.

Before HESTER, BECK and VAN der VOORT, JJ.
Order affirmed.